UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAY 23 AM 10:50

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:16-cr-75 |
| | ) |
| MICHAEL SMALLS, | ) |
| Defendant. | ) |

## INFORMATION

### Count 1

The United States charges that:

From in or about March of 2015 until on or about May 20, 2015, in the District of Vermont and elsewhere, the defendant, MICHAEL SMALLS, and others, known and unknown to the United States, knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846)

(TCD) Eric Miller
United States Attorney
Burlington, Vermont
May 20, 2016

1